AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ITG CIGARS INC. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:23-cv-21656-DPG |
| PW INDUSTRIES LLC and ANTHONY CAPONE | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    PW INDUSTRIES LLC
    16850 Collins Avenue, Suite 112, PMB 402
    Sunny Isles Beach, FL 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    GRIMES LLC
    8890 Terrene Court, Unit 102
    Bonita Springs, FL 34135
    Attn: Charles W. Grimes, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: May 3, 2023

*s/ R. Bissainthe*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ITG CIGARS INC. <br><br> *Plaintiff(s)* <br> v. <br> PW INDUSTRIES LLC and ANTHONY CAPONE <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-21656-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    ANTHONY CAPONE
    16850 Collins Avenue, Suite 112, PMB 402
    Sunny Isles Beach, FL 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    GRIMES LLC
    8890 Terrene Court, Unit 102
    Bonita Springs, FL 34135
    Attn: Charles W. Grimes, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 3, 2023



**SUMMONS**

*s/ R. Bissainthe*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court